**FORM RAB9A** (Ch 7 Ind/Jnt Db No Asset Cs) (12/12)     Case Number **15−22930**

# UNITED STATES BANKRUPTCY COURT
District of Utah

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 4/2/15.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Ashlee Dawn Lewis
aka Ashlee D Lewis, aka Ashlee Lewis
164 W 3300 S
Bountiful, UT 84010

| Case Number:<br>15−22930 JTM | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−6301 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Ryan E. Simpson<br>8839 South Redwood Road<br>Suite C2<br>West Jordan, UT 84088<br>Telephone number: 801−432−8682 | Bankruptcy Trustee (name and address):<br>Elizabeth R. Loveridge tr<br>Woodbury & Kesler<br>525 East 100 South<br>Suite 300<br>P.O. Box 3358<br>Salt Lake City, UT 84102<br>Telephone number: (801) 364−1100 |

### Meeting of Creditors
Date: **May 5, 2015**      Time: **4:30 pm**
Location: **405 South Main Street, Suite 250, Salt Lake City, UT 84111**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 7/6/15**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Foreign Creditors
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>350 South Main #301<br>Salt Lake City, UT 84101<br>Telephone number: (801) 524−6687 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>David A. Sime |
|---|---|
| Hours Open: 8:00 AM − 4:30 PM; Telephone 8:00 AM − 4:30 PM | Date: 4/10/15 |

### Online Information
Case information is available at no charge on our Voice Case Information System (VCIS). Call 1−866−222−8029 #85 with your touch−tone telephone. Case information is also available on the Internet using our PACER service for a $.10/page fee. An account is required. Visit our homepage at **www.utb.uscourts.gov** for details.

**EXPLANATIONS** FORM RAB9A (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice/Note** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. Important notice to individual debtor(s): All individual debtor(s) must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. Do not include this notice with any filing you make with the court. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code § 727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Dismissal | This case may be dismissed unless a written objection to dismissal is filed by the debtor, a creditor or party in interest within 21 days after a creditors' meeting, if the debtor(s) or debtor's counsel fail to attend the creditors' meeting or fail to timely file required documents [Local Rules 1007–1, 2003–1(a)]. A hearing on the objection to dismissal must be set at the time the objection is filed and notice of the hearing must be sent to the trustee, all creditors and parties of interest, or the case shall be dismissed. |
| Appointment of Interim Trustee | The person designated as Bankruptcy Trustee on the front side of this form has been selected as Interim Trustee of the estate of the captioned debtor(s) and the trustee's previously–filed blanket bond is approved. Unless another trustee is elected at the meeting of creditors, the trustee shall serve without further appointment or qualification. The trustee is deemed to have accepted the appointment, unless the trustee notifies the Court and the U.S. Trustee in writing of any rejection within seven days after receipt of notice of selection. |

–– Refer to Other Side for Important Deadlines and Notices ––

United States Bankruptcy Court
District of Utah

In re:  
Ashlee Dawn Lewis  
    Debtor

Case No. 15-22930-JTM  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 1088-2     User: mkz     Page 1 of 2     Date Rcvd: Apr 10, 2015  
                  Form ID: rab9a     Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2015.

```
db             +Ashlee Dawn Lewis,    164 W 3300 S,    Bountiful, UT 84010-6525
9771291        +APG Financial Lease to Own,    4238 S Redwood Rd,    Salt Lake City, UT 84123-2220
9771287        +Aaron S. Bartholomew, Esq.,    Mountain Loan Centers, Inc.,    P.O. Box 182,
                 Provo, UT 84603-0182
9771294        +Bisk Ed Inc Private Pay,    9417 Princess Palm,    Tampa, FL 33619-8313
9771296        +Bryden Academy,    595 N 500 W,    Bountiful, UT 84010-6920
9771299        +CenturyLink Qwest Corporation,    PO Box 29040,    Phoenix, AZ 85038-9040
9771300        +Chad B. McKay,    2650 Washington Blvd.,    Ogden, UT 84401-3623
9771301        +Conserve,    200 Cross Keys Office Pa,    Fairport, NY 14450-3510
9771304        +EOS CCA,    700 Longwater Dr.,    Norwell, MA 02061-1624
9771303        +Enhanced Recovery Company,LLC,    PO Box 23870,    Jacksonville, FL 32241-3870
9771308        +GC Services,    6330 Gulfton,    Houston, TX 77081-1198
9771310         Intermountain Healthcare,    Patient Financial Services,    P.O. Box 410400,
                 Salt Lake City, UT 84141-0400
9771311        +Intermountain Physician's Billing,    3930 Parkway Blvd,    Salt Lake City, UT 84120-6300
9771313        +Johnson Mark LLC,    P.O. Box 7811,    Sandy, UT 84091-7811
9771314        +Kindercare Learning Centers,    1785 W 7888 S,    West Jordan, UT 84088-4024
9771315        +Merchants Cr,    223 W. Jackson Blvd.,    Suite 400,    Chicago, IL 60606-6974
9771316        +Merchants' Credit Guide Co.,    223 W. Jackson Blvd. #700,    Chicago, IL 60606-6914
9771319        +Montgomery Ward,    1112 7th Ave,    Monroe, WI 53566-1364
9771318        +Montgomery Ward,    PO Box 2843,    Monroe, WI 53566-8043
9771320        +Mountain Loan Center,    1251 E 100 S,    Saint George, UT 84790-3069
9771321        +Murry Pediatrics,    164 E 5900 S,    Suite A-112,    Salt Lake City, UT 84107-7274
9771322        +Outsource Receivables,    Attn: Bankruptcy Dept,    Po Box 166,    Ogden, UT 84402-0166
9771326         University of Utah Health Care,    P.O. Box 30465,    Salt Lake City, UT 84130-0465
9771329         Zions Bank,    2460 S. 3270 W.,    South Jordan, UT 84095
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty             E-mail/Text: ryanfreelesson@gmail.com Apr 11 2015 00:48:32     Ryan E. Simpson,
                 8839 South Redwood Road,    Suite C2,    West Jordan, UT  84088
tr             +EDI: QERLOVERIDGE.COM Apr 11 2015 00:43:00      Elizabeth R. Loveridge tr,    Woodbury & Kesler,
                 525 East 100 South,    Suite 300,    P.O. Box 3358,    Salt Lake City, UT 84110-3358
9771292        +EDI: ARSN.COM Apr 11 2015 00:38:00      ARS National Services, Inc.,    P.O. Box 463023,
                 Escondido, CA 92046-3023
9771288        +E-mail/Text: bankruptcy@rentacenter.com Apr 11 2015 00:49:31     Acceptance Now,
                 5501 Headquarters Dr,    Plano, TX 75024-5837
9771289        +E-mail/Text: bankruptcy@speedyinc.com Apr 11 2015 00:48:49     Ad Astra Recovery Serv,
                 3607 N. Ridge Rd STe 106,    Wichita, KS 67205-1232
9771290        +E-mail/Text: e-bankruptcy@americafirst.com Apr 11 2015 00:49:21     America First Credit Union,
                 PO Box 9199,    Ogden, UT 84409-0199
9771293        +E-mail/Text: bankruptcies@banfield.net Apr 11 2015 00:49:16     Banfield Pet Hospital,
                 8000 NE Tillamook,    P.O. Box 13998,    Portland, OR 97213-0998
9771295        +E-mail/Text: banko@bonncoll.com Apr 11 2015 00:49:23     Bonneville Billing,
                 1186 E 4600 S Ste 100,    Ogden, UT 84403-4896
9771297        +EDI: CAPITALONE.COM Apr 11 2015 00:38:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
9771298        +E-mail/Text: bklaw2@centurylink.com Apr 11 2015 00:49:03     CenturyLink,    PO Box 29040,
                 Phoenix, AZ 85038-9040
9771302        +EDI: CMIGROUP.COM Apr 11 2015 00:38:00      Credit Management LP,    4200 International Parkway,
                 Carrollton, TX 75007-1912
9771305        +EDI: CONVERGENT.COM Apr 11 2015 00:43:00      ER Solutions/Convergent Outsourcing, INC,
                 Po Box 9004,    Renton, WA 98057-9004
9771306        +E-mail/Text: bankruptcy@expressrecovery.com Apr 11 2015 00:48:54     Express Recovery Svcs,
                 2790 S Decker Lake Dr,    Salt Lake City, UT 84119-2057
9771307         EDI: FSAE.COM Apr 11 2015 00:43:00      Firstsource Advantage, LLC,    PO Box 628,
                 Buffalo, NY 14240-0628
9771309        +EDI: IIC9.COM Apr 11 2015 00:43:00      IC System,    444 Highway 96 East,    PO Box 64886,
                 Saint Paul, MN 55164-0886
9771312        +EDI: IRS.COM Apr 11 2015 00:38:00      IRS,    P.O. Box 7346,    Philadelphia, PA 19101-7346
9771317        +EDI: MID8.COM Apr 11 2015 00:43:00      Midland Funding,    8875 Aero Drive #200,
                 San Diego, CA 92123-2255
9771324         EDI: NEXTEL.COM Apr 11 2015 00:43:00      Sprint,    P.O. Box 54977,    Los Angeles, CA 90054-0977
9771323        +E-mail/Text: bankruptcy@speedyinc.com Apr 11 2015 00:48:49     Speedycash.com,
                 3527 N Ridge Road,    Wichita, KS 67205-1212
9771325         EDI: AISTMBL.COM Apr 11 2015 00:38:00      T-Mobile,    P.O. Box 660252,    Dallas, TX 75266-0252
9771327        +EDI: UTAHTAXCOMM.COM Apr 11 2015 00:38:00      Utah State Tax Commission,    210 North 1950 West,
                 Salt Lake City, UT 84134-9000
9771328        +EDI: WFFC.COM Apr 11 2015 00:43:00      Wells Fargo Bank N.A.,    PO Box 14411,
                 Des Moines, IA 50306-3411
                                                                                               TOTAL: 22
```

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                TOTAL: 0

```
District/off: 1088-2           User: mkz              Page 2 of 2             Date Rcvd: Apr 10, 2015
                               Form ID: rab9a         Total Noticed: 46
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2015                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 2, 2015 at the address(es) listed below:
              Elizabeth R. Loveridge tr    eloveridge@wklawpc.com,
               rchristensen@wklawpc.com;eloveridge@ecf.epiqsystems.com
              Ryan E. Simpson    on behalf of Debtor Ashlee Dawn Lewis ryanfreelesson@gmail.com,  ryan@bnkut.com
              United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                             TOTAL: 3